UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERT STEWART, et al.,

    Plaintiffs,

    v.                                       Case No. 19-2190-JAR

FORD MOTOR COMPANY,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 44) to amend the scheduling order filed on July 18, 2019 (ECF No. 20). For good cause shown, the motion is granted and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Plaintiff's settlement proposal | **June 29, 2020** |
| Defendant's settlement counter-proposal | **July 28, 2020** |
| Mediation completed | **October 26, 2020** |
| Supplementation of initial disclosures | **40 days before deadline for completion of all discovery** |
| All discovery completed | **January 21, 2021** |
| Experts disclosed by plaintiff | **August 27, 2020** |
| Experts disclosed by defendant | **October 26, 2020** |
| Rebuttal experts disclosed | **December 24, 2020** |
| Physical and mental examinations | **October 13, 2020** |
| All other potentially dispositive motions (e.g., summary judgment) | **March 1, 2021** |

| Motions challenging admissibility of expert testimony | **March 1, 2021** |
|---|---|
| Proposed pretrial order due | **January 28, 2021** |
| Pretrial conference | **February 10, 2021 at 11:00 AM** |
| Trial | **November 2, 2021 at 9:00 AM** |

The amended scheduling order takes into account most of the parties' proposed deadlines. The dispositive motion deadline is moved to March 1, 2021, to allow the undersigned to conduct a fulsome pretrial conference and finalize the form of the pretrial order before the dispositive motion deadline. Although the parties did not request a new trial setting, the trial setting is moved to November 2, 2021, to allow the presiding U.S. District Judge, Julie A. Robinson, sufficient time to rule on dispositive motions before trial.

This scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 9, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge